**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| Alisha Stevenson, | Civil No. 09-1755 (RHK/JSM) |
| Petitioner, | **ORDER** |
| v. | |
| FCI Waseca, Bureau of Prisons, Ricardo Rios, Warden, | |
| Respondents. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 16, 2009. Objections (identified as an appeal) have been filed to that Report and Recommendation in the time period permitted.

Based upon the undersigned's de novo review of the Report and Recommendation Magistrate Judge, the Objections thereto, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 7) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 2) is **ADOPTED**; and

3. This action is **SUMMARILY DISMISSED WITH PREJUDICE**.

Dated: October 13, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge